UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JUL 3 1 2024

Nathan Ochsner, Clerk of Court

SEALED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| (4) SYLVIA PAREDES | § § | C-24-393 |

## GOVERNMENT'S MOTION FOR ISSUANCE OF ARREST WARRANT

COMES NOW the United States of America through the United States Attorney in and for the Southern District of Texas, and respectfully requests the Honorable Court to issue a warrant for the arrest of SYLVIA PAREDES, pursuant to an Indictment filed on July 31, 2024. The Government moves for the defendant's detention without bond.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: _____
LIESEL ROSCHER
Assistant United States Attorney